AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

DEBRA M. BALESTRA-LEIGH and
STEPHEN M. BALESTRA,

            Plaintiff,          **JUDGMENT IN A CIVIL CASE**

  V.

                        CASE NUMBER:  3:09-CV-551-ECR-RAM

JESSICA K. BALESTRA, formerly
known as JESSICA K. ESLAVA-BARBIERI,

           Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that defendants' motion to dismiss [16] IS GRANTED IN PART AND DENIED IN PART.  Defendants' motion is denied to the extent it purports to be a "special motion to dismiss" under Nevada Revised Statutes 41.660.  The motion is granted in all other respects.

  October 19, 2010_____                **LANCE S. WILSON**__
     Date                            Clerk

                               /s/   M. Campbell_____
                                  Deputy Clerk